CRM 2007

2 7 7

James Michael Mchaney
07-MJ-616 (JMF)

2007 CF1 027713        File Date **12/01/2007**
UNITED STATES vs. JAMES MICHAEL MCHANEY
aka JAMES MICHAEL MCHANEY
PDID # **606279**
Lock up number **18**

<mark>Case 1:08-cr-00008-TFH   Document 7   Filed 12/31/2007   Page 2 of 10</mark>

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### *FORM FOR U.S. DISTRICT COURT CASES*

UNITED STATES             TOT No. _____
                                           P.D.I.D. No. _____

v.

__James Michael Mahoney__ (Defendant)

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, Transferred Over To the United States District Court for the District of Columbia for the next court date of: __Tuesday, 12/4/07__

### COMMITMENT/RELEASE

- [ ] NO BOND
- [ ] BOND $_____

   Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

   Next Court Date: _____

- [ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: __Eugene Ohm, PDS__
Address: __633 Indiana Av, NW__
Telephone No.: __202-628-1200__

DEFENDANT'S NAME: __James Michael Mahoney__

ADDRESS: _____ Telephone No. _____

DEFENDANT'S SIGNATURE: _[signature]_

DATE: __12/1/07__

JUDICIAL OFFICER PRESIDING _[signature]_

18

## D. C. PRETRIAL SERVICES AGENCY
### Pretrial Services Report
### United States vs. JAMES MCHANEY

DOB:
PDID:

**Lockup #:** 018

**File Date:** 12/01/2007  
Lockup Date: 12/1/2007  
Date Prepared:   12/1/2007  
Date Printed:    12/1/2007

**Docket Number:**  
PSA Case #: 07335997

**Charge(s)**
Attempted  Enticing a Child-Felony

**Detention Eligibility and/or Administrative Procedures**

Based upon information available to PSA this defendant does not qualify for any detention or administrative procedures.

**Recommendations**

PSA General Supervision for Superior Court (SC)

Release Conditions:

1. Report to Pretrial Services Agency (PSA) room C-220 for evaluation and if positive program placement by PSA.
2. Stay away from and have no contact with: Complaining Witness.
3. Verify your address with Pretrial Services Agency (PSA) within 24 hours.

Comments:

According to the United States Marshal Service, at the time this case was papered the defendant has not been brought to the cell block today for arraignment court. As a result, PSA has no personal, address or employment information for the defendant.

**Criminal History**

**Last criminal history record check conducted on:** 12/01/2007

Pretrial Services has no interview information.

## Personal Background

### Community Ties

Place of Birth:

DC Area resident for:

Total Time in Area:

Marital Status:

Children:                                    No. of Children:

Children living with Defendant:

Last Updated Date:     12/01/2007

Verified:  No

| Relatives Living With Defendant: | Relatives Not Living With Defendant: |
|---|---|
| None | None |

### Address Information

No address information is available.

### Employment Information

No employment information is available.

### Education Information

No education information is available.

### Health Information

No health information is available.

### Substance Abuse Information

**Self Reported:**
No substance abuse information is available

**Drug Test:**
No Drug Test Information Available



**Prepared By: Monica Bermudez**     **Prepared Date: 12/1/2007**

## CJA DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: _James M. Mchaney_          NO. OF DEPENDENTS: _0_

LOCK-UP NO. _18_     DATE: _12-1-07_     CHARGE: _Att. Inticing Minor_

| | | | |
|---|---|---|---|
| LIQUID ASSETS | | (Y) STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | STD. 4 AMOUNT | + $ |
| **GROSS MONTHLY INCOME** | + $_____ | FEL. = | $ |
| TOTAL AVAILABLE MONTHLY | $ | MISD. = | |
| | | OTHER= | |

LESS: MONTHLY EXTRAORDINARY
          MEDICAL OR OTHER EXPENSES  – $

NET AVAILABLE MONTHLY   (X)               MINIMUM
                                          MONTHLY NEED   (Z) $

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❏ ELIGIBLE
IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . ❏ ELIGIBLE WITH CONTRIBUTION

---

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

❏ GROSS MONTHLY FAMILY INCOME IS <u>MORE THAN</u> Y

| | |
|---|---|
| **GROSS MONTHLY FAMILY INCOME** | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | – |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT  (Y) | – |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | – |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4) EQUITY) | + |
| CONTRIBUTION CAPABILITY       (CC) | $ |

**NOTES AND CALCULATIONS**

STD 4 AMOUNT  $

*Melanie Barnes*
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires September 14, 2009

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]

(DIVIDE MAXIMUM CONTRIBUTION BY <u>26</u> FOR FELONY CASE OR BY <u>13</u> FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $ _____  PER WEEK FOR _____ WEEKS.

> **WARNING:**
> **YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.**

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _[signature]_                INTERVIEWER _[signature]_
                                        NOTARY PUBLIC

DISTRIBUTION  WHITE COPY (COURT JACKET), GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.:** <br> **DCTN: 120700054** |
| v. | : | |
| ~~JOHN~~ *James* M. MCHANEY, | | |
| **Defendant.** | : | **Presentment** |

## MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANTS CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. § 3141 et seq. Upon motion of the government the Court <u>shall</u> hold a detention hearing in cases that involve a crime of violence 18 U.S. C. § 3142(f)(1)(A)

In the instant case the defendant is charged with Attempted Enticement of a Child, a crime

of violence as defined in § 3156 (a)(4)(C).[1] Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. § 3142(f).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
Laura R. Bach
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 1st day of December, 2007.

_____
Laura R. Bach
Assistant United States Attorney

---

[1] Attempted Enticement of a Child in violation of 18 U.S.C. § 2422(b) is a crime of violence as §2422(b) is contained within Chapter 117 of the United States Code. Pursuant to § 3156(a)(3)(C) any offense contained within Chapter 117 is a crime of violence for purposes of the pre-trial detention under § 3142.

United States District Court for the District of Columbia
~~SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA~~
CRIMINAL DIVISION

UNITED STATES
vs.
JAMES MICHAEL MCHANEY

A cooperating witness ("CW")informed the affiant that he is acquainted with an individual known to him as "Mike" who worked for a member of Congress; that "Mike" had a sexual interest in male children and that the CW and "Mike" had exchanged images of child pornography with each other on previous occasions. CW also provided a cellular telephone number for "Mike" and a screen name for the person he knew as "Mike".

Investigation determined that the screen name used by "Mike" resolved to James Michael Mchaney. Further investigation determined that Mchaney is employed by a member of Congress and presently resides at ·

Investigators obtained a District of Columbia driver's license photograph of James Michael Mchaney and showed it to the CW who confirmed that the individual depicted in the photograph was the same person he knows as "Mike".

On November 30, 2007, the CW, working in an undercover capacity under the supervision of law enforcement agents, went on-line and observed that "Mike" was on-line also. At approximately 12:15 p.m., CW initiated contact by saying "Hey, what's up.?" The on-line conversation took place using AOL. After approximately ten minutes, CW asked "Mike" whether he was going to be at work all day; "Mike" said he could take a long lunch. CW asked whether "Mike" was interested in engaging in anal sex with a 13 year-old boy. "Mike" said "I'll be there.." "Mike" asked whether the child was at CW's residence and agreed to meet CW and the child there. "Mike" then asked whether CW had a photograph of the child with whom he and CW were going to have sex and whether the child had "any pubes." When CW said no, "Mike" said "That's hot".

At approximately 1:15 p.m. law enforcement officers observed James Michael Mchaney at the lobby of CW's residence. He was placed under arrest for the offense of Attempted Child Exploitation in violation of 18 U.S.C. § 2422(b).

Your affiant knows that anal penetration of a child under the age of sixteen years old by a person more than four years younger than the child constitutes sexual activity for which the defendant could be prosecuted pursuant to 22 D.C. Code 3008.

**The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.**

_____12/1/07_____
Subscribed and sworn before me this        Day of            2007

___RXJ____DL-112___(D)_____DPM_____
Police Officer        Badge        District        Deputy Clerk

United States District Court for the District of Columbia

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

DCTN: 120700-54
LKUP# 18

### COMPLAINT

Case #: _____

**District of Columbia ss:**

**Defendant's Name:** James    Michael    Mchaney
(First)         (MI)         (Last)                    (PDID)        (CCNO)

**Address:** _____

On or about November 30 2007, the defendant JAMES MICHAEL MCHANEY, within the District of Columbia, using a facility of interstate commerce, that is a computer and modem, connected to the Internet, did knowingly attempt to persuade, induce, entice and coerce a minor under 18 years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008.

(Attempted Coercion and Enticement of a Minor, in violation of 18 United States Code, Section 2422(b).)

_____
Affiant's Name

Subscribed and sworn to before me this 1 day of Dec 2007

_____
(Judge)    (Deputy Clerk)

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
   WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

**Issued** _____
Judge - Superior Court of the District of Columbia

**Rule 105:** [   ] _____
Judge

| Sex: | DOB: | CCN: | PDID: |
|---|---|---|---|
| Papering Officer: | | | Badge No.: D2-112 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | | Date / Time: 12/1/07 |
|---|---|---|
| AUSA Signature: | | Fel. I   AFTC   Fel. II   District Court |