

FILED

FB 14 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 08-00008 (TFH) |
|---|---|---|
| v. | : | |
| JAMES MICHAEL McHANEY, | : | |
| Defendant. | : | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on February 14, 2008, the defendant, James Michael McHaney, pleaded guilty to: possessing child pornography, in violation of Title 18, United States Code, Section, 2252A(5)(B);

WHEREAS, the Information also alleged the forfeiture of certain personal property, which property is subject to forfeiture pursuant to Title18, United States Code, Section 2253, as property that contained visual depictions described in Title 18, United States Code, Section 2252A which were produced, transported, mailed, shipped, or received in violation of the chapter; and/or that constituted or was traceable to gross profits or other proceeds obtained from such offense; and/or property that was used or intended to be used to commit or to promote the commission of the offense set forth above;

WHEREAS, this Court has determined, based on the evidence set forth during the defendant's guilty plea, that the "Subject Property" is subject to forfeiture pursuant to Title18, United States Code, Section 2253, and that the Government has established the requisite nexus between such property and violation(s) of Title 18, United States Code, Section 2252A;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That this Preliminary Order of Forfeiture is entered in accordance with Fed. R. Crim. P. 32.2(b)(2), concerning the following Subject Property, which is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 2253:

> Any and all items listed in Exhibit A, FD-597, Receipt for Property Seized dated November 30, 2007, that were seized incident to the arrest of the defendant at 1301 U Street, N.W., Washington, D.C.; any and all items listed in Exhibit B, FD-597, Receipt for Property Seized dated November 30, 2007, that were seized pursuant to a search warrant executed at                                    ; and a 1999 Honda Civic LX, VIN 1HGEJ6675XL056813, registered to and owned by the defendant.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

3. Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4. The United States may publish notice of the Order and its intent to dispose of the Subject Property in such a manner as the Attorney General (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property. (No such notice is required to the extent that this Order consists solely of a money judgment against the defendant. Rule 32.2(c)(1).) Any person, other than the above named defendant, asserting a legal interest in the Subject Property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in

the Subject Property, and for an amendment of the Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853(n) (as incorporated).

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

6. Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

7. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8. The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853 for the filing of third party petitions.

9. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

10. The Clerk of the Court shall forward four certified copies of this Order to Assistant

United States Attorney Jean Sexton, United States Attorney's Office, 555 Fourth Street, NW, Washington, D.C. 20530.

    SO ORDERED.

    Dated this __14__ day of __February__, 2008.

                                                 UNITED STATES DISTRICT JUDGE

FD-597 (Rev 8-11-94)            Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305A-WF-237415

On (date) NOVEMBER 30, 2007

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) JAMES MICHAEL MCHANEY

(Street Address) __

(City) WASHINGTON, DC 20002

Description of Item(s): THE FOLLOWING ITEMS WERE SEIZED FROM MCHANEY UPON HIS ARREST AT 1301 U STREET, APT 217, WASHINGTON, D.C.:
1. USB PORTABLE FLASH MEMORY DRIVE
2. CD-R MEDIA DISK WITH NO LABEL
3. BLACKBERRY CELLULAR TELEPHONE (PENDING RELEASE TO THE U.S. CAPITOL POLICE)

NO ADDITIONAL ITEMS

Received By: _____ (Signature)     Received From: _____ (Signature)

EXHIBIT A

## U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

On (date) 11/30/2007
At (time) 10:19 PM
(Name) [signature]
(Location)

Item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | Apple iPod Nano 2GB  NOT TAKEN |
| 2 | CD |
| 3 | Address book |
| 4 | CD |
| 5 | HP Laptop S/N: CNF4391554; Power cable |
| 6 | 1 NEC Notebook Model # VL210010-0000A0 Serial # 89012154; 1 power cord |
| 7 | CD with "MP3's" and "3-23-03" written on front |
| 8 | Disposable camera |
| 9 | HP Laptop computer S/N: CNF7113BCP |
| 10 | 1 black iPod Nano 4GB S/N: SU552DL5TK2 with data cable |
| 11 | 12 DVDs |

COPY  Page 1 of 2

EXHIBIT B