FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

FEB 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | :     **Criminal Case Number: 08-00008 (TFH)** |
| JAMES MICHAEL McHANEY, | : |
| Defendant. | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America, and the defendant, James Michael McHaney, stipulate and agree that the following facts are true and accurate:

On November 30, 2007, a cooperating witness ("CW") working in an undercover capacity under the supervision of law enforcement agents, went on-line and observed that "Mike," previously identified as defendant James "Michael" McHaney, was on-line also with the screen name of "lilmikierocks." CW and "Mike" had previously met and had exchanged images of child pornography. At approximately 12:15 p.m., CW initiated contact by saying "Hey, what's up?" The on-line conversation took place using AOL. After approximately ten minutes, CW asked "Mike" whether he was going to be at work all day, to which "Mike" responded that he could take a long lunch. CW asked whether "Mike" was interested in engaging in anal sex with a 13 year-old boy, and "Mike" replied, "I'll be there." "Mike" asked whether the child was at CW's residence and agreed to meet CW and the child there. "Mike" then asked whether CW had a photograph of the child with whom he and CW were going to have sex and whether the child had "pubes" (referring to pubic hair). When CW answered "barely any pubes" and "none under his arms" to the latter question, "Mike" replied that was "hot." "Mike" also agreed to bring "visual aids" on a flash drive that contained both videos and over 1000 images of child pornography.

"Mike" said that his hard drive was at another individual's house being loaded with more images of child pornography.

At approximately 1:15 p.m., law enforcement officers observed James Michael McHaney at the lobby of CW's residence at 1301 U Street, N.W., Washington, D.C., and he was placed under arrest. Search incident to arrest of the defendant revealed a flash drive which contained in excess of 600 images of child pornography. The majority of the pornographic images were of prepubescent males, and that defendant possessed these images for his personal use, and to distribute them to others. The ages of the children appeared to range from approximately three to five years old to young teens. Among the images were movie files depicting prepubescent male children engaging in sexual acts, and images of sadistic conduct and violence involving young children, including, but not limited to, a prepubescent male being anally penetrated, and a boy approximately three years old performing oral sex on an adult male.

On November 30, 2007, members of the Metropolitan Police Department and Federal Bureau of Investigation executed a United States District Court search warrant at the defendant's residence at                    Washington, D.C., and recovered additional items, to include two HP laptop computers, an NEC Notebook, and several DVDs. All items seized by law enforcement officers on November 30, 2007, and the Honda registered to and owned by the defendant, contain visual depictions described in 18 U.S.C. §2252A, and/or were used or intended to be used to commit or to promote the commission of such offense.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case. In addition, this proffer contains

facts that relate to specific offense characteristics contained in Section 2G2.2(b) of the United

States Sentencing Guidelines that the parties agree are applicable in this case. The limited

purpose of this proffer is to demonstrate that there exists a sufficient legal basis for entry of the

defendant's plea of guilty and for application of the specific offense characteristics that are set

forth in the plea agreement entered into by the parties.

JEAN W. SEXTON
Assistant United States Attorney

JAMES MICHAEL McHANEY
Defendant

THOMAS ABBENANTE
Attorney for Defendant

3