CO-526
(12/86)

**FILED**

FEB 1 4 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 08-08 (TFH)
)
James Michael McHaney )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge