AO 455 (Rev 5/85)  Waiver of Indictment

**FILED**

FEB 14 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
v.
James Michael McHaney

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-008-TFH

I, James Michael McHaney, the above named defendant, who is accused of Possession of Child Pornography

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  2-14-08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer